## PACIFIC BANK *v.* MIXTER.

IN ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF MASSACHUSETTS.

Submitted April 13, 1885.—Decided April 20, 1885.

§ 1001 Rev. Stat. exempts insolvent national banks or the receivers thereof, bringing causes to this court by writ of error or on appeal by direction of the Comptroller of the Currency, from the obligation to give security.

It is no cause for dismissal of a writ of error brought by a receiver of a national bank that in one of the papers by clerical error he is given a wrong name.

This was a motion to dismiss a writ of error for reasons stated in the opinion of the court.

*Mr. Joshua D. Ball* for the motion.

*Mr. A. A. Ranney* opposing.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

Under § 1001 of the Revised Statutes no bond for the prosecution of the suit, or to answer in damages or costs, is required on writs of error or appeals issuing from or brought to this court by direction of the Comptroller of the Currency in suits by or against insolvent national banks, or the receivers thereof. This is such a case.

There is abundant evidence in the record that the direction from the comptroller to the receiver was to take out a writ of error in this case, although, by mistake in one of the papers, Henry Mixter was named as the plaintiff instead of George Mixter.

*Motion denied.*